No. 05–5066. HARRIS v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 05–5067. ·HERNANDEZ-BALVANA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–5068. FRAZIER v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 05–5069. HEWITT v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 05–5070. HEARD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–5071. GIBBS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 05–5072. HARRIS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05–5073. GARNEAU v. WARD, DIRECTOR, OKLAHOMA DEPARTMENT OF CORRECTIONS. C. A. 10th Cir. Certiorari denied.

No. 05–5074. LUBOWA v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 05–5075. LUCIO v. HARRISON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 05–5076. DUQUE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 05–5077. MARTIN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 05–5079. MCASKILL v. MASSACHUSETTS. App. Ct. Mass. Certiorari denied.

No. 05–5080. PETWAY v. SMITH. Ct. App. D. C. Certiorari denied.